CLARA PHILLIPS, Respondent, *v.* THE TOWN OF FISHKILL, Appellant.

(Argued December 18, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made March 3, 1887, which affirmed a judgment in

favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

　　*A. S. Hutchins* for apppellant.

　　*S. K. Phillips* for respondent.

Agree to affirm ; no opinion.
All concur except PARKER, J., not voting.
Judgment affirmed.